UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **APL CO. PTE., LTD. AND AMERICAN PRESIDENT LINES, LTD.,**<br><br>    **Plaintiffs,**<br><br>    **vs.**<br><br>**CEPA TECHNOLOGIES CORPORATION, F/K/A/ MINCEPA, INC.,**<br><br>    **Defendants.** | Case No.: **12-CV-3080 YGR**<br><br>**JUDGMENT** |

The issues in this action having been duly considered it is **ORDERED, ADJUDGED AND DECREED** that Plaintiffs APL Co. Pte., Ltd and American President Lines, Ltd. recover from defendant Cepa Technologies Corporation the dead freight damages resulting from defendant's breach of the maritime service contract of $34,650; attorney's fees of $3,780 and costs of suit herein of $350, for a total judgment in the amount of **$38,780.00.**

**IT IS SO ORDERED.**

Dated: February 13, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**